IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT EARL, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>BELL HOUSE, LLC, FRANK BAILEY, and BRENDA BAILEY,<br><br>Defendants. | 8:20CV129<br><br>ORDER |

    This action was filed on April 1, 2020. (Filing No. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendants within ninety days of filing the lawsuit. To date, Plaintiff has not filed any return of service indicating service on Defendants, nor have Defendants entered a voluntary appearance.

    Accordingly,

    **IT IS ORDERED** that by or before July 23, 2020, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

    Dated this 10th day of July, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge