IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT EARL, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>BELL HOUSE, LLC, FRANK BAILEY, and BRENDA BAILEY,<br><br>Defendants. | 8:20-CV-129<br><br>ORDER CANCELLING TRIAL AND REQUIRING STATUS REPORTS |

This case is before the Court on Defendants' Suggestion in Bankruptcy. Filing 52. Pursuant to the Suggestion in Bankruptcy, further proceeds are stayed under 11 U.S.C. § 362. Therefore, the non-jury trial in this matter set to begin on July 12, 2022, is cancelled. The parties are directed to file joint or separate status reports one-hundred-twenty (120) days from the date of this Order and every one-hundred-twenty (120) days thereafter.

    IT IS SO ORDERED.

    Dated this 13th day of June, 2022.

                                                       BY THE COURT:

                                                       Brian C. Buescher
                                                       United States District Judge