IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION

**SCOTT EARL, Individually and on**                                              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                              No. 8:20-cv-129-BCB-SMB

**BELL HOUSE, LLC, FRANK**                                                       **DEFENDANTS**
**BAILEY and BRENDA BAILEY**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Scott Earl and Defendants Bell House, LLC, Frank Bailey and Brenda Bailey, hereby stipulate to the dismissal of this action with prejudice, with each side to bear its or his own fees and costs, except as otherwise agreed by the parties. As the Parties' settlement contemplates payments not yet tendered, the Parties request that the Court retain jurisdiction over the matter for thirty (30) days to enforce the terms of the agreement, if necessary.

        Respectfully submitted,

        **SCOTT EARL, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

Page 1 of 3
Scott Earl, et al. v. Bell House, LLC, et al.
U.S.D.C. (D. Neb.) Case No. 8:20-cv-129-BCB-SMB
Joint Stipulation of Dismissal with Prejudice

and    **BELL HOUSE, LLC, FRANK BAILEY and BRENDA BAILEY, DEFENDANTS**

DORNAN, TROIA, HOWARD, BREITKREUTZ, CONWAY & DAHLQUIST, PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
Telephone: (402) 884-7044
Facsimile: (402) 884-7045

*/s/ Thomas J. Monaghan*
Thomas J. Monaghan, #12874
tom@dltlawyers.com

**Page 2 of 3
Scott Earl, et al. v. Bell House, LLC, et al.
U.S.D.C. (D. Neb.) Case No. 8:20-cv-129-BCB-SMB
Joint Stipulation of Dismissal with Prejudice**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Thomas J. Monaghan, Esq.
Dornan, Troia, Howard, Breitkreutz & Conway, P.C., L.L.O.
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
Telephone: 402-884-7044
tom@dltlawyers.com

                                                  */s/ Josh Sanford*
                                                  **Josh Sanford**

Page 3 of 3
Scott Earl, et al. v. Bell House, LLC, et al.
U.S.D.C. (D. Neb.) Case No. 8:20-cv-129-BCB-SMB
Joint Stipulation of Dismissal with Prejudice